**Order filed January 17, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-01101-CV
_____

**PLEASANT HILL COMMUNITY DEVELOPMENT CORPORATION,**
**Appellant**

**V.**

**THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY AND HARRIS**
**COUNTY APPRAISAL DISTRICT, Appellees**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72430**

## O R D E R

The notice of appeal in this case was filed December 9, 2013.  To date, the filing fee of $195.00 has not been paid.  *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent.)  Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before February 3, 2014**.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM